# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PETROLEUM CORPORATION , <br><br> Plaintiff, <br><br> v. <br><br> AMERISURE MUTUAL INSURANCE CORPORATION, <br><br> Defendant. | Case No.: 1:16-cv-01722 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT (Doc. 7) |

On January 10, 2017, the plaintiff notified the Court that the parties have settled the action. (Doc. 7)  The plaintiff indicates the parties will finalize the settlement within 21 days. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **February 3, 2017**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **January 11, 2017**              /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE